Louis Niederman, Respondent, v. Nathan Straus et al., Appellants.—

Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ., concur.